No. 00–6524. FOLEY v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 00–6527. THOMPSON v. BRANCHES-DOMESTIC VIOLENCE SHELTER OF HUNTINGTON, WEST VIRGINIA, INC., ET AL. Sup. Ct. App. W. Va. Certiorari denied.

No. 00–6531. FORSYTH v. FEINSTEIN ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 00–6538. MCNEELY v. OREGON. Sup. Ct. Ore. Certiorari denied.

No. 00–6539. GORDON v. CITY OF NEW ORLEANS ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–6546. STEVENS ET AL. v. STEARNS ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–6548. PARKS v. PITCHER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–6550. THOR v. NEWLAND, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–6580. TILLMAN v. COOK, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 00–6599. LA MAR v. OHIO. Ct. App. Ohio, Lawrence County. Certiorari denied.

No. 00–6601. BROOKS v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 00–6633. BRAGG v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS. C. A. 4th Cir. Certiorari denied.

No. 00–6634. STRASSBERG v. HILTON HOTELS CORP. C. A. 2d Cir. Certiorari denied.

No. 00–6637. CATHY R. v. BARRIOS-PAOLI. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 00–6641. LAWRENCE v. TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.